UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80494-CIV-SMITH

THOMAS BURGESS,

    Plaintiff,

v.

DEPUTY WILLIAM ROTHMAN,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Report and Recommendation (the "Report") of the Honorable, Bruce E. Reinhart U.S. Magistrate Judge, on Plaintiff's Amended Complaint [DE 16] and Defendant's Motion to Dismiss [DE 23]. In his thorough and well-reasoned Report, Judge Reinhart recommends that Defendant's Motion to Dismiss be granted with leave to amend. Plaintiff filed objections to the Report, however, he agrees that a second amended complaint can cure all defects.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).

The Court, having considered Judge Reinhart's Report, Petitioner's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Reinhart's well-reasoned analysis and his recommendation that the Amended Complaint be dismissed for failure to state a claim. Accordingly, it is

**ORDERED** that:

1) The Report and Recommendation [DE 41] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Defendant's Motion to Dismiss [DE 23] is **GRANTED**.

3) Plaintiff's Amended Complaint [DE 16] is **DISMISSED**. Plaintiff may file a second amended complaint as one final attempt to sufficiently plead his claims by **December 19, 2025**. Failure to file an amended complaint that complies with this Order and the Federal Rules of Civil Procedure, including Federal Rule of Civil Procedure 11, shall result in the dismissal of this case.[1]

**DONE and ORDERED** in Fort Lauderdale, Florida, this 5th day of December, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

---

[1] It appears that Plaintiff has already filed a Second Amended Complaint, before the Court granted leave to amend [DE 44]. The Court will accept Plaintiff's Second Amended Complaint; however, this Court's instruction that it must meet the pleading standards under the Federal Rules of Civil Procedure remains in effect.