UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80494-CIV-SMITH

THOMAS BURGESS,

    Plaintiff,

v.

DEPUTY WILLIAM ROTHMAN,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 53] on Defendant's Motion to Dismiss [DE 47] and Plaintiff's Objections [DE 57]. In his thorough and well-reasoned Report and Recommendation, Magistrate Judge Reinhart recommends that this case be **DISMISSED with prejudice** because the Plaintiff has had three opportunities to advance a complaint that states a plausible claim for relief, and he has failed to do so. Furthermore, any amendment would be futile, as the facts Plaintiff alleges cannot support a claim for any kind of constitutional violation.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).

The Court, having considered Judge Reinhart's Report, Plaintiff's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Reinhart's well-reasoned analysis and his recommendation that this case be dismissed with prejudice.

Accordingly, it is

**ORDERED** that:

1. The Magistrate Judge's Report and Recommendation to District Judge **[DE 53]** is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2. Th Second Amended Complaint [DE 46] is **DISMISSED with prejudice**.

3. All pending motions not otherwise ruled upon are **DENIED as moot.**

4. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 30th day of January 2026.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   counsel of record